NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-13-0005658
23-APR-2014
08:54 AM

NO. CAAP-13-0005658

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee, v.
BRYCE IKAIKA NAKOA, Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
(KANEOHE DIVISION)
(1DTC-13-053742)

ORDER APPROVING THE APRIL 15, 2014
STIPULATION FOR DISMISSAL OF APPEAL
(By: Nakamura, Chief Judge, Foley and Leonard, JJ.)

Upon consideration of the "Stipulation for Dismissal of Appeal" (Stipulation) filed on April 15, 2014 by Defendant-Appellant Bryce Ikaika Nakoa, the papers in support, and the records and files herein,

IT IS HEREBY ORDERED that the Stipulation is approved, and the appeal is dismissed.

DATED:    Honolulu, Hawai'i,  April 23, 2014.

Chief Judge

Associate Judge

Associate Judge